Philip Levin, *Appellant, v.* Jacob L. Haas and another, *Respondents.*

PHILIP LEVIN *v.* JOSEPH L. HABERSTRO. — Order appealed from affirmed, with ten dollars costs and disbursements. Opinion by HARDIN, J.; HAIGHT, J., not sitting.